IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:05-cr-00038 REVIEW |
| | ) | |
| Plaintiff. | ) | **INFORMATION** |
| | ) | |
| v. | ) | 1:05-CR-128 |
| | ) | 18 U.S.C. §2319 |
| SCOTT CADREAU, | ) | 17 U.S.C. §506 |
| | ) | |
| Defendant. | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 1 5 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

**THE UNITED STATES ATTORNEY CHARGES:**

**Count 1**
(Criminal Infringement of a Copyright)

From on or about January 2003 and continuing through on or about April 2004, in the Southern District of Iowa, and elsewhere, Scott Cadreau, defendant herein, during a 180-day period did willfully reproduce and distribute at least ten infringing copies of one or more copyrighted works, with a total retail value of more than $2,500, for purposes of private financial gain.

All in violation of Title 17 United States Code, Section 506(a)(1) and Title 18 United States Code, Section 2319(b)(1)).

**A TRUE INFORMATION.**

United States of America

Matthew G. Whitaker
United States Attorney

By: _Richard L. Richards_
Richard L. Richards
Assistant United States Attorney

I DO HEREBY ATTEST AND CERTIFY THAT THIS IS A TRUE AND FULL COPY OF THE ORIGINAL.

DATE: _____   MAR 1 1 2005
ROB RAKER
CLERK, U.S. DISTRICT COURT
BY: _Deb Vogel_
DEPUTY CLERK

```
MIME-Version:1.0
From:cmecf_iasd@iasd.uscourts.gov
To:Courtmail@iasdei.iasd.uscourts.gov
Bcc:
 , IASDCHMBRAW@iasd.uscourts.gov,
Message-Id:<208725@iasd.uscourts.gov>
Subject:Activity in Case 4:05-cr-00038-REL-RAW USA v. Cadreau
```

\"Information - Felony\" Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**FILED IN CLERK'S OFFICE**
**U.S.D.C. - Atlanta**

**MAR 1 5 2005**

**LUTHER D. THOMAS, Clerk**
**By: Deputy Clerk**

**1:05-CR-128-RWS**

#### U.S. District Court

#### Southern District of Iowa

Notice of Electronic Filing

The following transaction was received from dv, entered on 3/8/2005 at 4:41 PM CST and filed on 3/7/2005

**Case Name:**       USA v. Cadreau
**Case Number:**    4:05-cr-38
**Filer:**
**Document Number:** 1

**Docket Text:**
INFORMATION as to Scott Cadreau (1) count(s) 1. (dv, )

The following document(s) are associated with this transaction:

**4:05-cr-38-1 Notice will be electronically mailed to:**

Richard L Richards    Richard.Richards@USDOJ.GOv, ias.criminal@usdoj.gov

**4:05-cr-38-1 Notice will be delivered by other means to:**

I DO HEREBY ATTEST AND CERTIFY THAT
THIS IS A TRUE AND FULL COPY OF THE
ORIGINAL.

DATE:_____MAR 11 2005_____
ROB RAKER
CLERK, U.S. DISTRICT COURT
BY: /s/ Deb Vogel
                DEPUTY CLERK