UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF IOWA

123 East Walnut Street, Room 300, P. O. Box 9344
Des Moines, Iowa 50306-9344     Tel: (515) 284-6248

March 9, 2005

Clerk, U. S. District Court
2211 US Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3361

1:05-CR-128-RWS

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 15 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

Re:   Rule 20 Consent to Transfer of Case for Plea and Sentence
      USA v. Scott Cadreau (S.D. Iowa #4:05-cr-38-REL)

Dear Clerk of Court,

   Please find enclosed a certified copy of our docket along with the Information, and a certified copy of the Notice of Electronic Filing of the USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20). Jurisdiction has been transferred to your district, and we have closed our case file.

   Please confirm receipt of this paperwork by signing and returning a copy of this letter indicating the case number which has been assigned in your district. Thank you for your cooperation. If you need anything further or have any questions, please feel free to call me.

Sincerely,

Rob Raker, Acting CLERK

Deb Vogel
Deputy Clerk

Encs.

**Received in N.D. Georgia on** _____

**by** _____

**Case number assigned in**
**N.D. Georgia** _____